**IT IS ORDERED as set forth below:**



Date: October 5, 2017

_____

Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16-41956-pwb |
| JAMES TEDFORD KNIGHT and ) | |
| LINDA RUFF KNIGHT, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |
| _____ ) | |
| ) | |
| JAMES TEDFORD KNIGHT and ) | |
| LINDA RUFF KNIGHT, ) | |
| ) | ADVERSARY NO. 16-04049 |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| BANK OF AMERICA, N.A., and ) | |
| BANK OF THE OZARKS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ORDER GRANTING MOTION TO APPROVE COMPROMISE AND SETTLEMENT**

1

This matter came before this Court for hearing on July 19, 2017 regarding the Motion to Approve Compromise and Settlement filed by Debtors, James Tedford Knight and Linda Ruff Knight (hereinafter, "Plaintiffs" or, alternatively, "Debtors"), Bank of America, N.A. (hereinafter, "BANA"), and Bank of the Ozarks (hereinafter, "BOTO") (alternatively, collectively, hereinafter, the "Parties").  No party or individual appeared in opposition to the Motion. Based upon the approval and consent of the Plaintiffs and the Defendants, and the approval from the Chapter 13 Trustee, and the Court's determination that sufficient legal and factual bases exist for the relief requested in the Motion, and after due deliberation, the Court finds and concludes that the settlement proposed in the Motion and set forth fully in Exhibit "B" thereto (the "Settlement Agreement") is fair and in the best interests of the Debtors' estate and its creditors and should be approved under Bankruptcy Rule 9019.  Accordingly, it is hereby

ORDERED that:

1.The Motion is granted; and

2.The Parties are hereby authorized to enter into and perform the Settlement Agreement substantially in the form as it appears in Exhibit "B" to the Motion;

**END OF DOCUMENT**

**[Signatures on Following Page]**

**Prepared and Presented By:**

**GILROY BAILEY TRUMBLE, LLC**
3780 Mansell Road, Suite 140
Alpharetta, GA 30022
678-280-1922
Fax : 678-280-1923
Email:  Monica.Gilroy@gilroyfirm.com
         Kelsea.Laun@gilroyfirm.com
*Attorneys for Defendant Bank of America, N.A.*

_/s/ Kelsea L. S. Laun_____
Monica K. Gilroy
Georgia Bar No. 427520
Kelsea L. S. Laun
Georgia Bar No. 141960

**Consented to By:**

**BRIAN R. CAHN AND ASSOCIATES, LLC**
5 S. Public Square
Cartersville, GA 30120
(770) 382-8900
Fax : 770-386-1170
Email: brc@perrottalaw.com
*Attorneys for the Plaintiffs*

_/s/ Brian R. Cahn_____
Brian R. Cahn
Georgia Bar No. 101965 *[Signed with express permission by Kelsea L. S. Laun]*

**ADAMS AND REESE, LLP**
Monarch Tower, Suite 450
3424 Peachtree Road, N.E.
Atlanta, Georgia 30326-1164
Telephone:  (470) 427-3701
Facsimile:   (404) 500-5975
Ron.Bingham@arlaw.com
Sameer.Kapoor@arlaw.com
*Attorneys for Defendant Bank of the Ozarks*

_/s/ Ron C. Bingham_____
Ron C. Bingham
Georgia Bar No. 057240 *[Signed with express permission by Kelsea L. S. Laun]*
Sameer K. Kapoor
Georgia Bar No. 407525

**[Signatures Continue on Following Page]**

No Opposition By:

_/s/ Brandi Kirkland_____
Brandi Kirkland
Georgia Bar No. 423627 *[Signed with express permission by Kelsea L. S. Laun]*
**MARY IDA TOWNSON**
**Chapter 13 Trustee**
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740
(404) 525-1110
Email: BrandiK@atlch13tt.com
*Attorney for Chapter 13 Trustee*

DISTRIBUTION LIST

Monica K. Gilroy, Esq.
monica.gilroy@gilroyfirm.com
Kelsea L. S. Laun, Esq.
kelsea.laun@gilroyfirm.com
Gilroy Bailey Trumble LLC
3780 Mansell Road, Suite 140
Alpharetta, GA 30022

Brian R. Cahn, Esq.
brc@perrottalaw.com
Bria R. Cahn and Associates, LLC
5 S. Public Square
Cartersville, GA 30120

Ron C. Bingham, Esq.
Ron.Bingham@arlaw.com
Sameer K. Kapoor, Esq.
Sameer.Kapoor@arlaw.com
Adams and Reese, LLP
Monarch Tower, Suite 450
3424 Peachtree Road, NE
Atlanta, GA 30326-1164

Brandi Kirkland, Esq.
BrandiK@atlch13tt.com
Office of the Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740